# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL TAYLOR,<br><br>          Petitioner,<br>   vs.<br><br>KELLY HARRINGTON, Warden,<br><br>          Respondent.<br>_____ | Case No. CV 10-5280 JST (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge with the sole correction of a typographical error on page 6, line 16 so that the sentence reads "There is no basis. . . ."

     IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: April 18, 2011

                                                     _____<br>
                                                     HON. JOSEPHINE S. TUCKER<br>
                                                     UNITED STATES DISTRICT JUDGE