1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


SEAN MICHAEL TAYLOR,          )   Case No. CV 10-5280 JST (MRW)
                              )
            Petitioner,       )
        vs.                   )   JUDGMENT
                              )
KELLY HARRINGTON, Warden,     )
                              )
            Respondent.       )
                              )
_____       )


       Pursuant to the Order Accepting Findings and Recommendations of the
United States Magistrate Judge,

       IT IS ADJUDGED that the petition is denied and this action is dismissed
with prejudice.

DATE: April 16, 2012           _____

                               HON. JOSEPHINE S. TUCKER
                               UNITED STATES DISTRICT JUDGE